UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN PERRY,

             Plaintiff,

   v.

THE BOEING COMPANY,

             Defendants.

Case No. C24-1000RSL

ORDER TO SHOW CAUSE

On July 12, 2024, the Court issued an order requiring the parties to file a Joint Status Report by August 9, 2024. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, August 29, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of July 12, 2024. The Clerk is directed to place this Order to Show Cause on the Court's calendar for August 30, 2024.

DATED this 13th day of August 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE